```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Elizabeth Hodgson,
*formerly known as*
Elizabeth Shreve

    v.                               Case No. 18-cv-87-PB

US Social Security Administration,
Acting Commissioner

## ORDER

Reviewing the matter de novo, I agree with the Magistrate Judge's reasoning and conclusions. Moreover, I am persuaded by the Acting Commissioner's responses to the claimant's objection. Accordingly, I overrule the claimant's objection and adopt the Report and Recommendation in full. Hodgson's motion for an order reversing the Acting Commissioner's decision, (Doc. no. 10), is denied. The Acting Commissioner's motion for an order affirming her decision, (Doc. no. 14), is granted. The clerk of court shall enter judgment accordingly and close the case.

    SO ORDERED.

                                          */s/ Paul Barbadoro*
                                          Paul Barbadoro
                                          United States District Judge

Date: March 4, 2019

cc:   Counsel of record